LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARNISHA JOHNSON, an individual, | Case No.  2:20-cv-00399-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | **(FIRST REQUEST)** |
| JAMES RIVER INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

All of the parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-4, the parties hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines for 60-days as requested herein.

## I.  **LOCAL RULE 6-1 IS SATISFIED**

This is the first request for extension of discovery deadlines filed by the parties. Pursuant to the Joint Discovery Plan and Scheduling Order from April 6, 2020, the following dates govern for purposes of discovery:

1256.416 4822-2082-9386.1

| | | |
|---|---|---|
| 1. | Discovery Cutoff Date: | November 30, 2020 |
| 2. | Expert Designations: | October 1, 2020 |
| 3. | Rebuttal Expert Designations: | November 2, 2020 |
| 4. | Interim Status Report: | October 1, 2020 |
| 5. | Dispositive Motions: | December 30, 2020 |
| 6. | Joint Pre-Trial Order: | January 29, 2021 |

Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. As such, the parties need additional time to prepare for the disclosure of Initial Experts. Accordingly, the parties are requesting a 60-day extension to all discovery deadlines.

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

## I.     LOCAL RULE 26-4 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-4. Additionally, good cause exists for the extension. Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and the parties require additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any additional written discovery, schedule depositions and an Independent Medical Examination and to complete discovery. As a result, the parties request all discovery deadlines be extended 60-days.

Listed below is a statement specifying the discovery completed in this case:

| | |
|---|---|
| Plaintiff's Rule 26 Initial Disclosures | April 21, 2020 |
| Defendant James River Insurance Company's Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | April 23, 2020 |
| Plaintiff's First Set of Discovery Requests | May 18, 2020 |

1256.416  4822-2082-9386.1

| | |
|---|---|
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Admission | July 7, 2020 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Production | July 7, 202 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Interrogatories | July 7, 202 |
| Defendant James River Insurance Company's First Set of Requests for Admission to Plaintiff Darnisha Johnson | August 18, 2020 |
| Defendant James River Insurance Company's First Set of Requests for Production to Plaintiff Darnisha Johnson | August 18, 2020 |
| Defendant James River Insurance Company's First Set of Interrogatories to Plaintiff Darnisha Johnson | August 18, 2020 |

Due to Covid-19, there have been delays in obtaining all of Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. As such, it is necessary to extend the discovery deadlines so there is time to procure all relevant records, exchange any additional written discovery, obtain experts, schedule depositions and have Plaintiff undergo an Independent Medical Examination.

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. Defendant James River Insurance Company is requesting an additional 60 days be afforded for discovery.

The following deadlines are requested.

1. Discovery Cutoff Date:         January 29, 2021
2. Expert Designations:           November 30, 2020
3. Rebuttal Expert Designations:  December 30, 2020
4. Interim Status Report:         November 30, 2020
5. Dispositive Motions:           March 1, 2021

///

|   |   |
|---|---|
| 6. Joint Pre-Trial Order: | March 31, 2021 |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

| Dated this 14th day of September, 2020 | Dated this 14th day of September, 2020 |
|---|---|
| LOWE LAW GROUP | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: /s/ Eric W. Hinckley | By: /s/ Deleela M. Weinerman |
| Eric W. Hinckley, Esq. | Lucian J. Greco, Jr, Esq. |
| Nevada Bar No. 12398 | Nevada Bar No. 10600 |
| Attorney for Plaintiff | Jared G. Christensen, Esq. |
| Darnisha Johnson | Nevada Bar No. 11538 |
|  | Deleela M. Weinerman, Esq. |
|  | Nevada Bar No. 13985 |
|  | Attorneys for Defendant, |
|  | James River Insurance Company |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: September 14, 2020

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** in 2:20-cv-00399-JCM-EJY was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

4

1256.416  4822-2082-9386.1