LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com
Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARNISHA JOHNSON, an individual, | Case No. 2:20-cv-00399-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | **(SECOND REQUEST)** |
| JAMES RIVER INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

All of the parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-4, the parties hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines for 30-days as requested herein.

## I.   LOCAL RULE 6-1 IS SATISFIED

This is the second request for extension of discovery deadlines filed by the parties. Pursuant to the Stipulation and Order to Extend Discovery (First Request) from September 12, 2020, the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:      January 29, 2021
2. Expert Designations:        November 30, 2020

1256.416  4838-8088-2126.1

| | | |
|---|---|---|
| 3. | Rebuttal Expert Designations: | December 30, 2020 |
| 4. | Dispositive Motions: | March 1, 2021 |
| 5. | Joint Pre-Trial Order: | March 31, 2021 |

Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. Defendant has noticed an Independent Medical Examination of the Plaintiff for November 2, 2020. However, Defendant's medical expert has reported that he needs a minimum of 45-days after the examination to complete his initial expert report. Accordingly, the parties are requesting a 30-day extension to all discovery deadlines.

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

## I.   LOCAL RULE 26-4 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-4. Additionally, good cause exists for the extension. Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. Defendant has noticed an Independent Medical Examination of the Plaintiff for November 2, 2020. However, Defendant's medical expert has reported that he needs a minimum of 45-days after the examination to complete his initial expert report. Accordingly, the parties are requesting a 30-day extension to all discovery deadlines.

Listed below is a statement specifying the discovery completed in this case:

| | |
|---|---|
| Plaintiff's Rule 26 Initial Disclosures | April 21, 2020 |
| Defendant James River Insurance Company's Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | April 23, 2020 |
| Plaintiff's First Set of Discovery Requests | May 18, 2020 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Admission | July 7, 2020 |

1256.416 4838-8088-2126.1

| | |
|---|---|
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Production | July 7, 202 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Interrogatories | July 7, 202 |
| Defendant James River Insurance Company's First Set of Requests for Admission to Plaintiff Darnisha Johnson | August 18, 2020 |
| Defendant James River Insurance Company's First Set of Requests for Production to Plaintiff Darnisha Johnson | August 18, 2020 |
| Defendant James River Insurance Company's First Set of Interrogatories to Plaintiff Darnisha Johnson | August 18, 2020 |
| Plaintiff's Responses to Defendant's First Set Of Requests For Admissions, Interrogatories, And Requests for Production of Documents | October 1, 2020 |
| Plaintiff's Designation of Expert Witnesses And Documents | October 1, 2020 |

Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. Defendant has noticed an Independent Medical Examination of the Plaintiff for November 2, 2020. However, Defendant's medical expert has reported that he needs a minimum of 45-days after the examination to complete his initial expert report.

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 30-days be afforded for discovery.

The following deadlines are requested.

    1. Discovery Cutoff Date:    March 1, 2021

    2. Expert Designations:    January 4, 2021

    3. Rebuttal Expert Designations:    February 3, 2021

    4. Dispositive Motions:    March 31, 2021

5. Joint Pre-Trial Order:                                            April 30, 2021

The parties hereby stipulate to the proposed changes in the discovery deadlines.

Dated this 8th day of October, 2020            Dated this 8th day of October, 2020

LOWE LAW GROUP                                 BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Eric W. Hinckley                       By: /s/ Deleela M. Weinerman
Eric W. Hinckley, Esq.                         Lucian J. Greco, Jr, Esq.
Nevada Bar No. 12398                           Nevada Bar No. 10600
Attorney for Plaintiff                         Jared G. Christensen, Esq.
Darnisha Johnson                               Nevada Bar No. 11538
                                               Deleela M. Weinerman, Esq.
                                               Nevada Bar No. 13985
                                               Attorneys for Defendant,
                                               James River Insurance Company

### ORDER

### IT IS SO ORDERED:

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated: _____Oct. 8, 2020_____

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (SECOND REQUEST)** in 2:20-cv-00399-JCM-EJY was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

1256.416  4838-8088-2126.1