LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARNISHA JOHNSON, an individual, | Case No. 2:20-cv-00399-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | **(THIRD REQUEST)** |
| JAMES RIVER INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

All of the parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-4, the parties hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines for 60-days as requested herein.

## I. LOCAL RULE 6-1 IS SATISFIED

This is the third request for extension of discovery deadlines filed by the parties. Pursuant to the Stipulation and Order to Extend Discovery (Second Request), the following dates govern for purposes of discovery:

    1. Discovery Cutoff Date:                        March 1, 2021

| | | |
|---|---|---|
| 2. | Expert Designations: | January 4, 2021 |
| 3. | Rebuttal Expert Designations: | February 3, 2021 |
| 4. | Dispositive Motions: | March 31, 2021 |
| 5. | Joint Pre-Trial Order: | April 30, 2021 |

Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. While the parties had previously agreed for Plaintiff to under an Independent Medical Examination on November 2, 2020, Plaintiff failed to show for the agreed examination and the examination has now been re-scheduled to December 17, 2020. Under normal circumstances Defendant's medical expert has reported that he needs a minimum of 45-days after the examination to complete his initial expert report. However, as there are multiple holidays between the date of the IME and the initial expert disclosure deadline, the parties are requesting a 60-day extension to all discovery deadlines.

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

## I.  LOCAL RULE 26-4 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-4. Additionally, good cause exists for the extension. Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical Examination. While the parties had previously agreed for Plaintiff to under an Independent Medical Examination on November 2, 2020, Plaintiff failed to show for the agreed examination and the examination has now been re-scheduled to December 17, 2020. Under normal circumstances Defendant's medical expert has reported that he needs a minimum of 45-days after the examination to complete his initial expert report. However, as there are multiple holidays between the date of the IME and the initial expert disclosure deadline, the parties are requesting a 60-day extension to all discovery deadlines.

1256.416  4819-4774-8307.1

Listed below is a statement specifying the discovery completed in this case:

| | |
|---|---|
| Plaintiff's Rule 26 Initial Disclosures | April 21, 2020 |
| Defendant James River Insurance Company's Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | April 23, 2020 |
| Plaintiff's First Set of Discovery Requests | May 18, 2020 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Admission | July 7, 2020 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Production | July 7, 202 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Interrogatories | July 7, 202 |
| Defendant James River Insurance Company's First Set of Requests for Admission to Plaintiff Darnisha Johnson | August 18, 2020 |
| Defendant James River Insurance Company's First Set of Requests for Production to Plaintiff Darnisha Johnson | August 18, 2020 |
| Defendant James River Insurance Company's First Set of Interrogatories to Plaintiff Darnisha Johnson | August 18, 2020 |
| Plaintiff's Responses to Defendant's First Set Of Requests For Admissions, Interrogatories, And Requests for Production of Documents | October 1, 2020 |
| Plaintiff's Designation of Expert Witnesses And Documents | October 1, 2020 |
| Defendant James River Insurance Company's Notice of Independent Medical Examination of Plaintiff (Set for November 2, 2020) | October 8, 2020 |
| Defendant James River Insurance Company's Amended Notice of Independent Medical Examination of Plaintiff (Set for December 17, 2020) | November 12, 2020 |

Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery such as depositions and an Independent Medical

1256.416  4819-4774-8307.1

Examination. While the parties had previously agreed for Plaintiff to under an Independent Medical Examination on November 2, 2020, Plaintiff failed to show for the agreed examination and the examination has now been re-scheduled to December 17, 2020. Under normal circumstances Defendant's medical expert has reported that he needs a minimum of 45-days after the examination to complete his initial expert report. However, as there are multiple holidays between the date of the IME and the initial expert disclosure deadline, the parties are requesting a 60-day extension to all discovery deadlines.

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 30-days be afforded for discovery.

The following deadlines are requested.

| | |
|---|---|
| 1. Discovery Cutoff Date: | April 30, 2021 |
| 2. Expert Designations: | March 1, 2021 |
| 3. Rebuttal Expert Designations: | March 31, 2021 |
| 4. Dispositive Motions: | June 1, 2021 |
| 5. Joint Pre-Trial Order: | July 1, 2021 |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

| | |
|---|---|
| Dated this 24th day of November, 2020 | Dated this 24th day of November, 2020 |
| LOWE LAW GROUP | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: /s/ Eric W. Hinckley | By: /s/ Deleela M. Weinerman |
| Eric W. Hinckley, Esq.<br>Nevada Bar No. 12398<br>Attorney for Plaintiff<br>Darnisha Johnson | Lucian J. Greco, Jr, Esq.<br>Nevada Bar No. 10600<br>Jared G. Christensen, Esq.<br>Nevada Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada Bar No. 13985<br>Attorneys for Defendant,<br>James River Insurance Company |

1256.416  4819-4774-8307.1

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: November 24, 2020

The **STIPULATION AND ORDER TO EXTEND DISCOVERY (THIRD REQUEST)** in 2:20-cv-00399-JCM-EJY was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By:  /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

1256.416  4819-4774-8307.1