LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARNISHA JOHNSON, an individual, | Case No. 2:20-cv-00399-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | **(FOURTH REQUEST)** |
| JAMES RIVER INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

All of the parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-4, the parties hereby request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines for 60-days as requested herein.

### I.   LOCAL RULE 6-1 IS SATISFIED

This is the fourth request for extension of discovery deadlines filed by the parties. Pursuant to the Stipulation and Order to Extend Discovery (Third Request), the following dates govern for purposes of discovery:

1. Discovery Cutoff Date:                             April 30, 2021

1256.416  4837-7596-8740.1

| | | |
|---|---|---|
| 2. | Dispositive Motions: | June 1, 2021 |
| 3. | Joint Pre-Trial Order: | July 1, 2021 |

Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery. Defendant is still waiting on medical records from a number of Plaintiff's providers. Additionally, Defendant has recently learned that Plaintiff was in another accident and Defendant needs time to conduct discovery regarding the same. Plaintiff is also in the process of supplementing her disclosures and her responses to the written discovery, after which Defendant needs the opportunity to conduct any further necessary discovery. Moreover, the parties would like to reach a settlement and are in the process of trying to schedule a mediation. As such, the parties are requesting a 60-day extension to all discovery deadlines.

The instant request comports with Local Rule 6-1, in that no request is being made after the expiration of the specified period.

## I.     LOCAL RULE 26-4 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-4. Additionally, good cause exists for the extension. Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery. Defendant is still waiting on medical records from a number of Plaintiff's providers. Additionally, Defendant has recently learned that Plaintiff was in another accident and Defendant needs time to conduct discovery regarding the same. Plaintiff is also in the process of supplementing her disclosures and her responses to the written discovery, after which Defendant needs the opportunity to conduct any further necessary discovery. Moreover, the parties would like to reach a settlement and are in the process of trying to schedule a mediation. As such, the parties are requesting a 60-day extension to all discovery deadlines.

Listed below is a statement specifying the discovery completed in this case:

Plaintiff's Rule 26 Initial Disclosures                                April 21, 2020

1256.416  4837-7596-8740.1

| # | Document | Date |
|---|---|---|
| 1 | Defendant James River Insurance Company's Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | April 23, 2020 |
| 2 | Plaintiff's First Set of Discovery Requests | May 18, 2020 |
| 3 | Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Admission | July 7, 2020 |
| 4 | Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests For Production | July 7, 202 |
| 5 | Defendant James River Insurance Company's Responses to Plaintiff's First Set of Interrogatories | July 7, 202 |
| 6 | Defendant James River Insurance Company's First Set of Requests for Admission to Plaintiff Darnisha Johnson | August 18, 2020 |
| 7 | Defendant James River Insurance Company's First Set of Requests for Production to Plaintiff Darnisha Johnson | August 18, 2020 |
| 8 | Defendant James River Insurance Company's First Set of Interrogatories to Plaintiff Darnisha Johnson | August 18, 2020 |
| 9 | Plaintiff's Responses to Defendant's First Set Of Requests For Admissions, Interrogatories, And Requests for Production of Documents | October 1, 2020 |
| 10 | Plaintiff's Designation of Expert Witnesses And Documents | October 1, 2020 |
| 11 | Defendant James River Insurance Company's Notice of Independent Medical Examination of Plaintiff (Set for November 2, 2020) | October 8, 2020 |
| 12 | Defendant James River Insurance Company's Amended Notice of Independent Medical Examination of Plaintiff (Set for December 17, 2020) | November 12, 2020 |
| 13 | Defendant James River Insurance Company's Company's First Supplement to Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | November 12, 2020 |
| 14 | Deposition of Plaintiff Darnisha Johnson | December 14, 2020 |
| 15 | Independent Medical Examination of Plaintiff Darnisha Johnson | December 17, 2020 |

3

| | |
|---|---|
| Defendant James River Insurance Company's Company's Second Supplement to Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | February 22, 2021 |
| Defendant James River Insurance Company's Initial Designation of Expert Witnesses Pursuant To F.R.C.P. 26(a)(2)(B) | March 1, 2021 |
| Defendant James River Insurance Company's First Supplement to Designation of Expert Witnesses Pursuant To F.R.C.P. 26(a)(2)(B) | March 30, 2021 |
| Defendant James River Insurance Company's Second Set of Requests for Admission to Plaintiff Darnisha Johnson | March 30, 2021 |
| Defendant James River Insurance Company's Second Set of Requests for Production to Plaintiff Darnisha Johnson | March 30, 2021 |
| Defendant James River Insurance Company's Second Set of Interrogatories to Plaintiff Darnisha Johnson | March 30, 2021 |
| Defendant James River Insurance Company's Company's Amended Second Supplement to Initial Disclosure of Witnesses And Documents Pursuant to FRCP 26(a)(1) | March 31, 2021 |

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-4. Additionally, good cause exists for the extension. Due to Covid-19, there have been delays in obtaining Plaintiff's medical records and conducting additional discovery. Defendant is still waiting on medical records from a number of Plaintiff's providers. Additionally, Defendant has recently learned that Plaintiff was in another accident and Defendant needs time to conduct discovery regarding the same. Plaintiff is also in the process of supplementing her disclosures and her responses to the written discovery, after which Defendant needs the opportunity to conduct any further necessary discovery. Moreover, the parties would like to reach a settlement and are in the process of trying to schedule a mediation. As such, the parties are requesting a 60-day extension to all discovery deadlines.

1256.416 4837-7596-8740.1

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 60-days be afforded for discovery.

The following deadlines are requested.

| | |
|---|---|
| 1. Discovery Cutoff Date: | June 29, 2021 |
| 4. Dispositive Motions: | July 29, 2021 |
| 5. Joint Pre-Trial Order: | August 30, 2021 |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

Dated this 7th day of April, 2021

LOWE LAW GROUP

By: /s/ Eric W. Hinckley
Eric W. Hinckley, Esq.
Nevada Bar No. 12398
Attorney for Plaintiff
Darnisha Johnson

Dated this 7th day of April, 2021

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada Bar No. 10600
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

**ORDER**

**IT IS SO ORDERED; provided, however, no further extensions of deadlines will be granted absent a demonstration of substantial progress toward completing all discovery necessitated by this dispute.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: April 7, 2021**

1256.416  4837-7596-8740.1